WILLIAM T. DICKERSON, Respondent, *v.* ROBERT APPLETON et al., Appellants.

*Dickerson* v. *Appleton*, 123 App. Div. 903, affirmed.
(Argued February 22, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an accounting as to the disposition of certain

stock, and to impress said stock with a trust in favor of plaintiff in reference to a certain number of shares.

*Learned Hand, Eugene A. Philbin* and *Stephen P. Anderton* for appellants.

*George H. Pettit* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.